UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-CR-00010-MOC-DSC-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDRES REYES | ) | |

Upon consideration of the United States' motion for an order that funds held by the Federal Bureau of Investigation be applied to restitution in this case, (Doc. Nos. 29, 30), and for good cause shown,

**IT IS HEREBY ORDERED** that the Federal Bureau of Investigation shall remit the funds in the amount of $100.00, FBI reference number XXXX-XX-XXXX7-1B5, to the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, to apply to the restitution imposed by the criminal judgment in this matter.

Signed: February 15, 2022

Max O. Cogburn Jr.
United States District Judge